**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Derek Ausseresses,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Pride Security LLC, et al.,<br><br>　　　　Defendants. | **NO. CV-23-02662-PHX-ROS**<br><br>**DEFAULT JUDGMENT** |

　　　　Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendants, jointly and severally liable for both amounts, in the amount of $15,747.09, calculated as $11,410.70 in unpaid wages and liquidated damages plus $4,336.39 in attorneys' fees .

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

May 15, 2024

　　　　　　　　　　　　　　　　　　s/ Danielle Draper
　　　　　　　　　　　　　By　　　Deputy Clerk